**IN the INTEREST OF: B.J.M. and J.R.M., Minors,**

**No. ED 101347 and ED 101348**

Missouri Court of Appeals,
Eastern District,
*DIVISION FIVE.*

Filed: January 27, 2015

Alan Arand, 405 W. Highway 50, Suite 600, Union, Missouri 63084, Christopher Jensen (Guardian Ad Litem), 30 S. McKinley, Union, Missouri 63084, Jill Groff–Rosloniec (Guardian Ad Litem), 5 Riverbend Place, Washington, Missouri 63090, for Appellant.

Corie Geary, 120 South Church Street, Union, Missouri 63084, for Respondent.

Before Angela T. Quigless, C.J., Roy L. Richter, J. and Lisa S. Van Amburg, J.

ORDER

PER CURIAM.

M.H. ("Mother") appeals the juvenile court's judgment terminating her parental rights to her two minor children, B.J.M. and J.R.M.

We have reviewed the briefs and the record on appeal. The judgment is supported by substantial evidence and is not against the weight of the evidence. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).